United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DION M. RUSSELL,

    Plaintiff,

    v.

DEPUTY JACKSON,

    Defendant.

Case No. 17-06851 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a California state prisoner, filed a civil rights complaint in *pro se* pursuant to 42 U.S.C. § 1983 against a sole Defendant identified as "Deputy Jackson" at Martinez County Jail.[1] On January 24, 2018, the Court issued an order of service. (Docket No. 7.) On January 25, 2018, a summons was issued for Defendant Deputy Jackson. (Docket No. 9.) On February 22, 2018, the summons was returned unexecuted with a notation that several "Deputy Jacksons" worked at the jail such that service could not be accepted without information leading to a positive identification of the correct Deputy Jackson. (Docket No. 12.) On March 23, 2018, the Court issued an order directing Plaintiff to provide Defendant's first name or initial within twenty-eight days. (Docket No. 13.)

---

[1] Plaintiff's case was reassigned to this Court on May 3, 2018. (Docket No. 18.)

Plaintiff was warned that if he failed to provide the Court with the information requested within twenty-eight days, his case would be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (*Id.* at 2.)

The time to comply has passed, and Plaintiff has failed to provide any information regarding the identification of Defendant Deputy Jackson. Therefore, the claim against Defendant Deputy Jackson is **DISMISSED** without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure, and this case is dismissed without prejudice.

The Clerk shall terminate any pending motions as moot, including Docket No. 14, and close the file.

**IT IS SO ORDERED.**

Dated: May 11, 2018

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.17\06851Russell_4mdism-Jackson.docx

2