United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DION M. RUSSELL,

        Plaintiff,

    v.

DEPUTY JACKSON,

        Defendant.

Case No. 17-06851 BLF (PR)

**JUDGMENT**

    Plaintiff's case was dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.  Judgement shall be entered accordingly.

    The Clerk shall terminate all pending motions and close the file.

    **IT IS SO ORDERED.**

Dated: _May 11, 2018_

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.18\06851Russell_Judgment.docx