UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION M. RUSSELL,<br><br>            Plaintiff,<br><br>      v.<br><br>DEPUTY JACKSON,<br><br>            Defendant. | Case No. 17-06851 BLF (PR)<br><br>**ORDER DENYING MOTION FOR STAY**<br><br><br><br>(Docket No. 22) |

On May 11, 2018, Plaintiff's case was dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure because Plaintiff failed to provide sufficient information to identify the specific individual named in the action, "Deputy Jackson," for lack of a first name or initial. (Docket No. 19.) Judgment was entered the same day. (Docket No. 20.)

On May 30, 2018, Plaintiff filed a "motion requesting a stay of court proceedings and notice of appeal." (Docket No. 22.) Plaintiff is advised that a stay is neither appropriate nor available in an action that has been closed. Plaintiff may seek an appeal in the Ninth Circuit for the dismissal of this action, but no other relief is available in this Court.

**IT IS SO ORDERED.**

Dated: June 7, 2018

BETH LABSON FREEMAN
United States District Judge