UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION M. RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY JACKSON,<br><br>    Defendant. | Case No. 17-06851 BLF (PR)<br><br>**ORDER REVOKING *IN FORMA PAUPERIS* STATUS ON APPEAL** |

Plaintiff filed this civil action pursuant to 42 U.S.C. § 1983, and was granted leave to proceed *in forma pauperis* ("IFP"). (Docket No. 8.) On May 11, 2015, the Court dismissed the action under Rule 4(m) of the Federal Rules of Civil Procedure because Plaintiff failed to provide sufficient information to identify the sole defendant named in the action, Defendant Jackson, such that he could be properly served with this action. (Docket No. 19.) Plaintiff appealed the matter. (Docket No. 21.)

The Ninth Circuit has referred this matter back to this Court for the limited purpose of determining whether IFP status should continue on appeal or whether the appeal is frivolous or taken in bad faith. (Docket No. 25.) The Court finds that the appeal is frivolous since the dismissal was proper. *See* 28 U.S.C. § 1915(a)(3). Accordingly, Plaintiff's IFP status is **REVOKED**.

The Clerk shall send a copy of this order to Plaintiff as well as to the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: June 14, 2018

BETH LABSON FREEMAN
United States District Judge

Order Revoking IFP on Appeal
P:\PRO-SE\BLF\CR.18\06851Russell_ifp.app.docx

2